UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

BENJAMIN GONZALEZ, JR.,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012); 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Defendant placed telephone calls into this District.

### PARTIES

3. Plaintiff, BENJAMIN GONZALEZ, JR., is a natural person, and at the time of the alleged violations, a citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, NCO FINANCIAL SYSTEMS, INC., is a Pennsylvania corporation and citizen of the State of Pennsylvania with its principal place of business at 507 Prudential Road, Horsham, Pennsylvania 19044.

5. Defendant is registered with the Florida Department of State Division of Corporations as a foreign corporation. Its registered agent for service of process is CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324.

## FACTUAL ALLEGATIONS

6. Defendant left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

**April 7, 2011 – pre-recorded message**
This is an important message from NCO Financial Systems, Inc., a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Ginelle Rosa at 1-800-220-2800. Again, that's Ginelle Rosa at 1-800-220-2800.

**May 19, 2011 – pre-recorded message**
This is an important message from NCO Financial Systems, Inc., a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Ginelle Rosa at 1-800-220-2800. Again, that's Ginelle Rosa at 1-800-220-2800.

**July 5, 2011 – pre-recorded message**
This is an important message from NCO Financial Systems, Inc., a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Ginelle Rosa at 1-800-220-2800. Again, that's Ginelle Rosa at 1-800-220-2800.

**August 2, 2011 – pre-recorded message**
This is an important message from NCO Financial Systems, Inc., a debt collection company. This is an attempt to collect a debt and any information

obtained will be used for that purpose. Please return the call to Ginelle Rosa at 1-800-220-2800. Again, that's Ginelle Rosa at 1-800-220-2800.

**August 30, 2011 – pre-recorded message**
This is an important message from NCO Financial Systems, Inc., a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Ginelle Rosa at 1-800-220-2800. Again, that's Ginelle Rosa at 1-800-220-2800.

7. In addition to the foregoing, Defendant placed telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or an artificial or pre-recorded voice on other occasions.

8. None of Defendant telephone calls placed to Plaintiff were made for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

9. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

10. Plaintiff incorporates Paragraphs 1 through 9.

11. Defendant, or others acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. a declaration that Defendant calls violate the TCPA;

      c.    a permanent injunction prohibiting Defendants from placing non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

      d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> don@donyarbrough.com
>
> By: s/ Donald A. Yarbrough
> Donald A. Yarbrough, Esq.
> Florida Bar No. 0158658