UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 15-60197-Civ-Dimitrouleas/Snow

BENJAMIN GONZALEZ,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties Stipulation for Joint Dismissal with Prejudice [DE 17] (the "Stipulation"). The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 17] is **GRANTED**;

2. That the above-captioned case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties.

3. The Clerk is directed to **CLOSE** this case and **DENY** pending motions as moot.

**DONE AND ORDERED** in the Southern District of Florida this 14th day of March 2016.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of Record